469 A.2d 275

Mueller, Appellants, v. Stuyvesant Ins. Co.

Reargument Denied Jan. 19, 1984.

Petition for Allowance of Appeal
Denied May 11, 1984.

**Argued September 20, 1983.** Allen Feingold, for appellants; L. Oliver Frey, for appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order opening judgment affirmed.